IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STACY MAURICE BALLEW                                          PLAINTIFF

v.                              Case No.: 07-6017

GEORGE W. BUSH, President of the United
States of America, et al.                                     DEFENDANTS

**O R D E R**

    Plaintiff's complaint was filed in this case on March 23, 2007.  Before the undersigned is the issue of whether the complaint should be served.  In order to assist the court in making such determination, it is necessary that plaintiff provide additional information.

    Accordingly, it is ordered that plaintiff, Stacy Maurice Ballew, complete and sign the attached addendum to his complaint, and return the same to the court **by May 25, 2007.  Plaintiff is advised that should he fail to return the completed and executed addendum by May 25, 2007, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

    IT IS SO ORDERED this 26th day of April, 2007.

/s/ Barry A. Bryant
HON. BARRY A.  BRYANT
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STACY MAURICE BALLEW                                                    PLAINTIFF

v.                                        Case No.: 07-6017

GEORGE W. BUSH, President of the United
States of America, et al.                                              DEFENDANTS

## ADDENDUM TO COMPLAINT

TO: STACY MAURICE BALLEW

This form is sent to you so that you may assist the court in making a determination as to the issue of whether the complaint should be served upon the defendants.  Accordingly, it is required that you fill out this form and send it back to the court by **May 25, 2007.**  Failure to do so will result in the dismissal of your complaint.

The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form.  If you need additional space, you may attach additional sheets of paper to this addendum.

## RESPONSE

In your complaint, you allege several violations against Defendants due to your confinement in the Montgomery County Jail.  These Complaints include allegations you are being subjected to cruel and unusual punishment in violation of the Eighth Amendment.  You have claimed the following: you are being denied socks and underclothing; you are served food by an unsupervised inmate trustee; you are being served food prepared by a church; you are served food that has expired or is out of date; the facility staff uses tobacco products, perhaps in violation of facility policy or regulations; you are not allowed any tobacco products; you are placed with other inmates resulting

in life threatening situations; the facility supervisor is unsupervised with inmate trustee; the inmate trustee wears "street" or plain clothes in the facility; jailers are using resources for other jobs; and you were unable to get a phone number requested from the facility supervisor.  Your supplements have restated some of these claims.  Additionally, you make a new claim that jailers are impersonating members of your family and/or the community.  You also allege the jailers are subjecting you to listening to a recording of your family members in pain.

You also make due process violation claims including allegations that you are denied access to the courts as you are only allowed to mail two letters per week; that staff have refused to take your complaint or affidavits; that administration and staff are not doing their job to "official capacity."

1. Provide the dates of your incarceration at the Montgomery County Jail.  (In answering, be specific).

Answer:

_____

_____

_____

_____

2. Were you incarcerated at the Montgomery County Jail solely because of pending criminal charges?

Answer:  Yes _____ No _____.

If you answered yes, please state what charges are pending against you.

_____

_____

-2-

_____

_____

If you answered no, please state whether you are serving a sentence or if your probation, parole, or supervised release has been revoked.

_____

_____

_____

_____

3.  You have named unspecified "Jailers" as Defendants. Please state the name of each jailer you intend to name as a Defendant.

_____

_____

_____

_____

_____

_____

_____

(a) As to each Jailer you have specifically named above, please state what actions that Jailer took to deprive you of your constitutional rights.  Be specific and include dates of each incident.

_____

_____

_____

_____

_____

_____

_____

4.  With respect to named Defendant the Drug Enforcement Agency (DEA), please state what actions the DEA took against you to deprive you of your constitutional rights.  Be specific and include dates of the incident(s).

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5.  You have named the Probation and Parole Office as Defendants.  Are there any specific individuals who work for the probation and parole office that you wish to name as Defendants?

-4-

Answer: Yes _____ No _____

If yes, please list the names of the individuals from the Probation and Parole Office whom you wish to sue.

_____

_____

_____

_____

_____

6. Please state what actions the Probation and Parole office, and/or its individually named employees listed above, took to deprive you of your constitutional rights.  Be specific and include dates of the incident(s).

_____

_____

_____

_____

_____

7.  In regard to named Defendant Sheriff Wendall Adams, please state what actions Sheriff Adams took to deprive you of your constitutional rights.

_____

_____

_____

_____

-5-

_____

8.   Did you suffer any physical injury as a result of any of the allegations made in your complaint?

Answer:  Yes _____ No _____.

If you answered yes, please state: (a) what injury you suffered; (b) the symptoms you experienced; (c) the severity of the symptoms; and (d) how long it took you to recover from this injury.

_____

_____

_____

9.  Have you sought or received medical treatment for the injuries you listed in response to question number 8 above?

Answer:  Yes _____ No _____.

If you answered yes, please state what medical treatment you received, what date you received it,  and who you received the treatment from.

_____

_____

_____

_____

_____

_____

_____

_____

10.   You have named several unspecified Defendants, such as "all Federal and State Departments Failing to do their Job" and "et al involved."  Please specifically state the individuals you wish to name as Defendants in this suit.

_____

_____

_____

_____

_____

11.  If you specifically named additional individuals in response to question #10 above, please specifically describe your claims against each of those individuals.

_____

_____

_____

_____

_____

_____

12.  You have stated that jailers are impersonating your family or members of the community. Please list the name of the jailer(s) who you are accusing of these impersonations and whom that jailer is impersonating.  Include the dates on which these impersonations occured.

_____

_____

-7-

_____

_____

_____

_____

13.   You have also alleged that you are being subjected to a recording of your family members in pain.  Please list the dates on which this recording has been played to you and who is responsible for playing the recording.

_____

_____

_____

_____

Also briefly describe what you are hearing on the recording.  Be specific.

_____

_____

_____

14.   You have mentioned the failure of a jailer to give you a phone number as requested. Please state whose phone number you were seeking, the purpose for seeking this number, and who refused to give you the number.

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE

VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

_____

STACY MAURICE BALLEW

_____

DATE