IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


STACY MAURICE BALLEW                                    PLAINTIFF


v.                           Case No. 07-6017


GEORGE W. BUSH, President of the United
States of America, *et al.*                            DEFENDANTS


## ORDER

Now on this 15th day of May 2007, there comes on for consideration the report and recommendation filed herein on April 26, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 12). Also before the Court are Plaintiff's written objections to the report and recommendation (Doc. 16).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's claims are DISMISSED against Separate Defendants President Bush, Governor Mike Beebe, Judges and Prosecutors on the grounds these individuals are immune from suit or not state actors for the purposes of Section 1983 liability. See 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds at any time). Plaintiff's claims against Separate Defendants Jailers, DEA, and Probation and Parole Office will be addressed under separate order.

IT IS SO ORDERED.


/s/  Robert  T.  Dawson
Honorable Robert T. Dawson
United States District Judge