IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STACY MAURICE BALLEW                                          PLAINTIFF

v.                          Case No. 07-6017

SHERIFF WENDALL ADAMS, et al.                                DEFENDANTS

**ORDER**

Now on this 18th day of July 2007, there comes on for consideration the report and recommendation filed herein on June 27, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 23). Plaintiff has not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's claims against Unspecified Jailers, Sheriff Wendall Adams, DEA and Probation and Parole Office are dismissed for failure to state a claim. Any remaining miscellaneous factual allegations are dismissed as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds at any time.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**